IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. SAMPLE, SR.,

        Plaintiff,                          No. CIV S-09-0504 EFB P

    vs.

SOLANO COUNTY JAIL, et al.,

        Defendants.               ORDER

_____/

        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner *for the 6-month period immediately preceding the filing of the complaint . . .* , obtained from the appropriate official of each prison at which the prisoner is or was confined." (emphasis added). The statute requires jail or prison officials to certify the trust account statement or institutional equivalent. Although plaintiff submitted a certificate, he signed it himself. Plaintiff has not complied with § 1915(a)(2).

1

1       Accordingly, plaintiff has 30 days from the date this order is served to submit a trust
2 account statement or institutional equivalent that complies with 28 U.S.C. § 1915(a)(2). The
3 Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis
4 By a Prisoner. Failure to comply with this order will result in a recommendation that this action
5 be dismissed.
6       So ordered.
7 DATED: April 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE