IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES E. SAMPLE, SR.,

      Plaintiff,                    No. CIV S-09-0504 EFB P

      vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.             ORDER AND FINDINGS
                                                AND RECOMMENDATIONS

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 15, 2009, the court found that plaintiff's application to proceed in forma pauperis failed to comply with 28 U.S.C. § 1915(a)(2) because the attached trust account statement was signed by plaintiff not by authorized Department of Corrections personnel. That order directed plaintiff to submit, within 30 days, a trust account statement or institutional equivalent that complied with § 1915(a)(2) and warned him that failure to do so would result in a recommendation that this action be dismissed.

      The 30-day period has expired and plaintiff has not filed the required trust account statement, or otherwise responded to that order.[1]

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his

1

1    Accordingly, the Clerk is DIRECTED to randomly assign a United States District Judge
2 to this case.
3    Further, it is RECOMMENDED that this action be dismissed without prejudice.
4    These findings and recommendations are submitted to the United States District Judge
5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 15 days after
6 being served with these findings and recommendations, any party may file written objections
7 with the court and serve a copy on all parties.  Such a document should be captioned "Objections
8 to Magistrate Judge's Findings and Recommendations."  Failure to file objections
9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
11 Dated:  June 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.